# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRITTANY DAVIDS, | ) | |
|           Plaintiff, | ) | Case No. 2:15-cv-02089-JAD-GWF |
| vs. | ) | **ORDER** |
| MID-CENTURY INSURANCE COMPANY, | ) | |
|           Defendant. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated November 2, 2015, required the parties to file a Joint Status Report no later than December 5, 2015.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **December 21, 2015**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge